**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**ROBERT L HARRIS**　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
*Reg #26465-045*

v.　　　　　　　　　Case No. 2:20-cv-00159-LPR-JTK

**BUREAU OF PRISONS**　　　　　　　　　　　　　　　　　　　　**RESPONDENT**

**ORDER**

Petitioner Robert Harris is an inmate at FCI Forrest City Low. The Clerk of the Court docketed his pleading as a writ of habeas corpus pursuant to 28 U.S.C. § 2241. However, Harris's Motion requests "compassionate release to home confinement" due to the COVID-19 pandemic. (Doc. 1 at 1). The proper venue for a motion for compassionate release is the sentencing court. *See* 18 U.S.C. § 3582(c)(1)(A). Mr. Harris was sentenced in the Western District of Missouri. *See USA v. Harris*, 4:13-cr-00403-HFS-1 (Doc. 35) (W.D. Mo. Nov. 6, 2014). The wisest course of action, and the way to best serve the interests of justice, is to transfer this case to the Western District of Missouri. The district court there can decide whether any relevant jurisdictional prerequisites have been satisfied.

1. The Court withdraws the reference.
2. This case is transferred to the United States District Court for the Western District of Missouri, Western Division (Kansas City). The transfer is immediate because the receiving Court is also in the Eighth Circuit. *In re Nine Mile Limited*, 673 F.2d 242, 244 (8th Cir. 1982).

IT IS SO ORDERED this 31st day of July 2020.

                                           _____  
                                           LEE P. RUDOFSKY  
                                           UNITED STATES DISTRICT JUDGE